IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :    CRIMINAL NO. 14-466 (CDJ) |
| FREDERICK WASHINGTON<br>a/k/a "Fred M. Washington | : |

### ORDER

AND NOW this 10th day of September, 2014, upon motion of the United States requesting that the indictment in the above-captioned case be dismissed, and with no objection thereto, it is hereby

### ORDERED

that the indictment in the above-captioned matter is dismissed with prejudice.

BY THE COURT:

_____
HONORABLE C. DARNELL JONES
United States District Judge
Eastern District of Pennsylvania